# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**CHARLES SMITH,**

      **Plaintiff,**

  v.            CASE NO. 19-3139-SAC

**UNITED STATES DISTRICT COURT, et al.,**

      **Defendants.**

## ORDER OF DISMISSAL

  This matter is a civil rights complaint filed under 42 U.S.C. § 1983. On September 20, 2019, the Court received correspondence from petitioner which reads, in part, "Drop all lawsuits. Please and thank you." The Court has liberally construed that correspondence as a motion to voluntarily dismiss the actions filed by petitioner and pending before the Court.

  Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

IT IS, THEREFORE, BY THE COURT ORDERED petitioner's correspondence is liberally construed as a motion for voluntary dismissal, and the motion (Doc. 10) is granted.

**IT IS SO ORDERED.**

DATED:  This 24th day of September, 2019, at Topeka, Kansas.

    S/ Sam A. Crow
    SAM A. CROW
    U.S. Senior District Judge